UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:09CV-P891-S

**LARRY PETTIWAY**                                                                   **PLAINTIFF**

**v.**

**MARK BOLTON**                                                                       **DEFENDANT**

**ORDER**

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

There being no just reason for delay in its entry, this is a final Order.

This Court further **certifies** that an appeal would be frivolous and, therefore, not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:   December 22, 2009

Charles R. Simpson III, Judge
United States District Court

cc:      Plaintiff, *pro se*
         Defendant
         Jefferson County Attorney
4411.010